Francis Millward Wilson, Appellant, v. The Puritan Steamship Company, Limited, Respondent.— Appeal dismissed, with ten dollars costs and disburse-ments. No opinion.

Martin Zimmerman, Respondent, v. George A. Coe, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion.

Peter E. Desvernine, Jr., and Others, Respondents, v. Frank J. Ramirez, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Williams Engineering and Con-tracting Company, Respondent, v. Herman A. Metz, as Comptroller of the City of New York, Appellant.— Order affirmed, with ten dollars costs and disburse-ments. No opinion. (Laughlin and Clarke, JJ., dissenting on the ground that the statute* is constitutional, and it absolutely prohibits the payment of the money on the facts disclosed by the record.)

Helen Wyatt, an Infant, by Minnie Wyatt, Her Guardian ad Litem, Respond-ent, v. James McCreery & Company, Appellant. (Nos. 1 and 2.)— Order reversed, with ten dollars costs and disbursements, and motion granted, with leave to plaintiff to amend if so advised. No opinion.

Charles W. Mayer, Respondent, v. Commonwealth Trust Company of New York, Appellant.— Order modified by vacating stay and as so modified affirmed, without costs. No opinion.

Abraham Gitler and Abraham Cohen, Respondents, v. The Russian Company for Sea, River and Land Insurance, Conveyance of Goods and Advances on Goods in Warehouses, Appellant, Impleaded with National Bank of Commerce in the City of New York and Others.— Order affirmed, with ten dollars costs and dis-bursements. No opinion.

Alexander McKenzie Jones, Appellant, v. Alice J. Jones, Individually and as Sole Surviving Executrix and Trustee under the Last Will and Testament of Alexander McKenzie, the Elder, Deceased, etc., and Others, Respondents, Impleaded with Julie H. Adams, Appellant.— Order affirmed, with ten dollars costs and disbursements to respondents separately appearing and filing briefs. No opinion.

Thomas P. Cifaldi, Respondent, v. William H. Davidow and Edward Davidow, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Selma Bernheimer, an Infant, by Maurice J. Kraus, Her Guardian ad Litem, Respondent, v. Lorin S. Bernheimer, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Bessie C. Thompson, Respondent, v. The Hudson Building, Appellant.— Order affirmed, without costs. No opinion.

John F. Armstrong, Appellant, v. Edward Brown and Katie Brown, Respond-ents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

---

* See Laws of 1906, chap. 506, amdg. Labor Law (Laws of 1897, chap. 415), § 3. — [REP.